DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCEL WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3498

[March 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 10-8005 CF10A.

Marcel Wright, DeFuniak Springs, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***